IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18CR167(3) |
| Plaintiff, | | |
| | : | JUDGE WALTER H. RICE |
| vs. | | |
| | : | |
| PABLO PORTALATIN, JR., | | |
| | : | |
| Defendant. | | |

### ORDER DELAYING EXECUTION OF SENTENCE

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed for thirty days. The United States Marshal is to seek a designation for on or after April 14, 2020.

March 13, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal