IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PABLO PORTALATIN, JR.,

    Defendant.

: Case No. 3:18CR167(3)

: JUDGE WALTER H. RICE

:

:

ORDER DELAYING EXECUTION OF SENTENCE

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed for sixty days. The United States Marshal is to seek a designation for on or after June 15, 2020.

April 6, 2020
    /s/ Walter H. Rice (tp - per Judge Rice authorization)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal