IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

PABLO PORTALATIN, JR.,

    Defendant.

:   Case No.  3:18CR167(3)

:   JUDGE WALTER H. RICE

---

ORDER DELAYING EXECUTION OF SENTENCE

---

    For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed for sixty days. The United States Marshal is to seek a designation for on or after August 15, 2020.

    This is the last extension that will be granted by this Court.

May 28, 2020

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal