IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, | |
| v. : | Case No. 3:18-CR-167(3) |
| PABLO PORTALATIN, JR., | JUDGE WALTER H. RICE |
| Defendant. : | |

---

DECISION AND ENTRY OVERRULING MOTION FOR
COMPASSIONATE RELEASE (DOC. #162) WITHOUT PREJUDICE

---

The motion for compassionate release, Doc. #162, filed by Defendant Pablo Portalain's daughter, is OVERRULED WITHOUT PREJUDICE because Defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

Date: July 29, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE